IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CAROLINE FAULKNER                                                                                PLAINTIFF

V.                                                      No. 4:18-cv-31

NORTH LITTLE ROCK SCHOOL DISTRICT                                          DEFENDANT

## JUDGMENT

For the reasons stated in the order entered on this day, Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 14th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE